**Opinion issued April 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

**NO. 01-13-01019-CV**

—————————————

**ELLEN HOFMANN-HAYNIE, Appellant**

**V.**

**SPRING CREEK BARBEQUE #2, LTD., Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-18201**

---

**MEMORANDUM OPINION**

Appellant, Ellen Hofmann-Haynie, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* Tex. Gov't Code Ann. §§

51.207, 51.941(a), 101.041 (West 2013) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* Tex. R. App. P. app. A § B(1) (listing fees in court of appeals). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* Tex. R. App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.